THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AGATA DROZDZ, an individual, and TEAKRE VEST, an individual,<br><br>                Plaintiffs,<br>    v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>                Defendants. | CASE NO. C20-1010-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion for an extension of time to file an answer to Plaintiffs' complaint (Dkt. No. 9). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. Defendants must answer or otherwise respond to Plaintiffs' complaint by July 27, 2020.

DATED this 7th day of July 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-1010-JCC
PAGE - 1