THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AGATA DROZDZ, an individual, and TEAKRE VEST, an individual,<br><br>Plaintiffs,<br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | CASE NO. C20-1010-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion to file an amended class action complaint pursuant to Federal Rule of Civil Procedure 15 (Dkt. No. 14). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiffs must file their amended class action complaint no later than seven days from the date this order is issued.

//
//
//

DATED this 2nd day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk