THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AGATA DROZDZ, an individual and TEAKRE VEST, an individual,

                Plaintiffs,

    v.

USAA GENERAL INDEMNITY COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,

                Defendants.

Case No. 2:20-cv-01010-JCC

**CLASS ACTION**

**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE DEADLINES**

**NOTED FOR CONSIDERATION: NOVEMBER 10, 2021**

Plaintiffs Agata Drozdz and Teakre Vest and Defendants USAA General Indemnity Company, United Services Automobile Association and USSA Causality Insurance Company jointly move this Court to amend the case schedule, set a briefing schedule on Plaintiffs' motion for class certification, and continue all other deadlines until after the Court rules on the class certification motion.

**I.      STIPULATION**

Pursuant to LCR 7(d)(1), LCR 10(g), and LCR 16(b)(6), the parties respectfully submit this stipulated motion to set a briefing schedule on class certification and to continue all other case deadlines until after the Court rules on class certification. In support of the motion, the parties state as follows:

ORDER EXTENDING CASE SCHEDULE - 1
Case No. 2:20-cv-01010-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1.	Plaintiffs filed this proposed class action in King County Superior Court on March 5, 2020. *See* Dkt. No. 1-2. Defendants removed the case to this Court on June 29, 2020. *See* Dkt. No. 1.

2.	On September 8, 2020, Plaintiffs filed an amended complaint adding USAA General Indemnity Company as a defendant in this matter. Dkt. No. 17. After Defendants answered the amended complaint, the parties submitted a joint status report, and the Court issued a scheduling order setting a trial date and related deadlines. *See* Dkt. Nos. 20, 24, 25. The trial is currently scheduled for June 6, 2022. *See* Dkt. No. 25. The Court's scheduling order did not include deadlines for briefing class certification. *See id.*

3.	The parties commenced written discovery in late 2020. To date, the parties have exchanged substantial documents and data. The named Plaintiffs have been deposed, as have treatment providers for the named Plaintiffs. However, the parties are still working to complete discovery. Additional discovery is needed for the parties to be able to robustly brief class certification.

4.	On June 16, 2021, Plaintiffs' former counsel Brendan W. Donckers, Cynthia J. Heidelberg, and David E. Breskin withdrew as counsel for Plaintiffs in this matter. Dkt. No. 30. Remaining counsel Young-Ji Ham commenced searching for new co-counsel with class action experience to assist in the litigation of this case on behalf of Plaintiffs. New Plaintiffs' counsel Blythe H. Chandler and Toby J. Marshall appeared in this matter on July 28, 2021. Dkt. Nos. 35 & 36.

5.	Since appearing, new counsel has worked diligently to come up to speed on the status of the case and focus on additional discovery needed before moving for class certification. Counsel for all parties conferred telephonically on October 20, 2021. During that call, the parties discussed additional documents that Plaintiffs need to obtain and depositions that need to be taken prior to moving for class certification. The parties are currently working to resolve issues regarding production of these documents and to schedule depositions.

ORDER EXTENDING CASE SCHEDULE - 2
Case No. 2:20-cv-01010-JCC

6.      Good cause exists to set a class certification briefing schedule and to continue all case deadlines until after the motion for class certification is resolved. First, under the current case schedule, there are no deadlines for class certification. Second, the parties have not previously requested an amendment to the case schedule. Third, additional time is needed to allow the parties to continue discovery, fully brief class certification, and receive an order from the Court on class certification. Fourth, the feasibility of remaining case deadlines after class certification will be quite different depending on whether the Court grants or denies that motion. If the Court certifies a class, additional time will be needed in the case schedule to provide class notice, and trial preparations will take additional time. On the other hand, if the Court denies class certification, the remaining case schedule can be substantially more compressed. Finally, the recent addition of new counsel requires additional time to complete discovery and prepare a motion for class certification. Despite their diligent efforts, the parties are unable to complete all of these tasks within the current case schedule.

7.      Amending the case schedule to accommodate class certification briefing and the parties' continued discovery efforts will serve both the best interests of the parties and judicial efficiency. The parties agree that within two weeks of the Court's ruling on Plaintiffs' motion for class certification, the parties will submit a joint proposed case schedule for all remaining case deadlines, including trial.

8.      The parties stipulate to the schedule on class certification below and request the Court enter an order setting these deadlines and continuing all other case deadlines until after resolution of the motion for class certification:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' Motion for Class Certification and any supporting expert reports | N/A | 3/4/2022 |
| Deadline for completion of expert discovery relating to class certification issues – Plaintiffs' expert(s) | N/A | 4/15/2022 |

ORDER EXTENDING CASE SCHEDULE - 3
Case No. 2:20-cv-01010-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| Defendants' Response to Plaintiffs' Motion for Class Certification and any supporting expert reports | N/A | 5/20/2022 |
| Deadline for completion of expert discovery relating to class certification issues – Defendants' expert(s) | N/A | 7/1/2022 |
| Plaintiffs' Reply in Support of Motion for Class Certification | N/A | 7/22/2022 |
| Joint Proposed Case Schedule Setting Trial Date | N/A | Within 2 weeks of ruling on class certification |

STIPULATED TO AND DATED this 10th day of November, 2021.


TERRELL MARSHALL LAW GROUP PLLC          CORR CRONIN LLP

By: /s/Toby J. Marshall, WSBA #32726          By: /s/ Victoria Ainsworth, WSBA #49677
    Toby J. Marshall, WSBA #32726              Michael A Moore, WSBA #27047
    Email: tmarshall@terrellmarshall.com              Email: mmoore@corrcronin.com
    Blythe H. Chandler, WSBA #43387              Victoria Ainsworth, WSBA #49677
    Email: bchandler@terrellmarshall.com              Email: tainsworth@corrcronin.com
    936 North 34th Street, Suite 300              1001 4th Avenue, Suite 3900
    Seattle, Washington 98103              Seattle, Washington 98154-1051
    Telephone: (206) 816-6603              Telephone: (206) 625-8600
    Facsimile: (206) 319-5450              Facsimile: (206) 625-0900


    Young-Ji Ham, WSBA #46421              Jay Williams, *Admitted Pro Hac Vice*
    Email: youngji@washinjurylaw.com              Email: jwilliams@schiffhardin.com
    WASHINGTON INJURY LAWYERS PLLC              Paula M. Ketcham, *Admitted Pro Hac Vice*
    1700 7th Avenue, Suite 2100              Email: pketcham@schiffhardin.com
    Seattle, Washington 98101              SCHIFF HARDIN LLP
    Telephone: (425) 312-3057              233 South Wacker Drive, Suite 7100
                                     Chicago, IL 60606
*Attorneys for Plaintiffs*              Telephone: (312) 258-5629
                                       Facsimile: (312) 258-5600


                                     *Attorneys for Defendants*

ORDER EXTENDING CASE SCHEDULE - 4
Case No. 2:20-cv-01010-JCC

1

**II.      [~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

2

3

DATED this 10th day of November 2021.

4

5

_____

6

John C. Coughenour
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER EXTENDING CASE SCHEDULE - 5
Case No. 2:20-cv-01010-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com