THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AGATA DROZDZ, an individual and TEAKRE VEST, an individual,<br><br>  Plaintiffs,<br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>  Defendants. | Case No. 2:20-cv-01010-JCC<br><br>**CLASS ACTION**<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE DEADLINES**<br><br>NOTED FOR CONSIDERATION:<br>FEBRUARY 16, 2022 |

Plaintiffs Agata Drozdz and Teakre Vest and Defendants USAA General Indemnity Company, United Services Automobile Association and USSA Causality Insurance Company jointly move this Court to amend the briefing schedule on Plaintiffs' motion for class certification.

**I.   STIPULATION**

Pursuant to LCR 7(d)(1), LCR 10(g), and LCR 16(b)(6), the parties respectfully submit this stipulated motion to extend the briefing schedule on class certification. In support of the motion, the parties state as follows:

1. Plaintiffs filed this proposed class action in King County Superior Court on March 5, 2020. *See* Dkt. No. 1-2. Defendants removed the case to this Court on June 29, 2020. *See* Dkt. No. 1.

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE SCHEDULE DEADLINES - 1
Case No. 2:20-cv-01010-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

2.	On September 8, 2020, Plaintiffs filed an amended complaint adding USAA General Indemnity Company as a defendant in this matter. Dkt. No. 17. After Defendants answered the amended complaint, the parties submitted a joint status report, and the Court issued a scheduling order setting a trial date and related deadlines. *See* Dkt. Nos. 20, 24, 25. The trial is currently scheduled for June 6, 2022. *See* Dkt. No. 25. The Court's scheduling order did not include deadlines for briefing class certification. *See id.*

3.	On June 16, 2021, Plaintiffs' former counsel Brendan W. Donckers, Cynthia J. Heidelberg, and David E. Breskin withdrew as counsel for Plaintiffs in this matter. Dkt. No. 30. Remaining counsel Young-Ji Ham commenced searching for new co-counsel with class action experience to assist in the litigation of this case on behalf of Plaintiffs. New Plaintiffs' counsel Blythe H. Chandler and Toby J. Marshall appeared in this matter on July 28, 2021. Dkt. Nos. 35 & 36.

4.	Since appearing, new counsel has worked diligently to come up to speed on the status of the case and focus on additional discovery needed before moving for class certification. Counsel for all parties conferred telephonically on October 20, 2021. During that call, the parties discussed additional data and documents that Plaintiffs needed prior to moving for class certification. On the call and through subsequent email discussions in late October and early November 2021, Defendants agreed to provide the additional data Plaintiffs requested and acknowledged that Plaintiffs would need this information prior to taking depositions and moving for class certification. The data is central to Plaintiffs' claims in this case.

5.	On November 10, 2021, the parties submitted a stipulated motion and proposed order asking the Court to set a briefing schedule on class certification and to continue all other case deadlines until after the Court rules on class certification. The Court granted that motion and set the briefing schedule proposed by the parties.

6.	Good cause exists to continue the class certification briefing schedule by approximately two months. When the parties filed their stipulated motion setting the current schedule in November 2021, they anticipated that additional data and documents would be

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE SCHEDULE DEADLINES - 2
Case No. 2:20-cv-01010-JCC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

produced by the end of that month and that depositions would be able to proceed in early January 2022 after receipt and analysis of that data. Production of the additional data was delayed, however, and Plaintiffs did not receive complete data production until January 28, 2022. Throughout the delay, the parties communicated frequently regarding the status of the data production and worked cooperatively to resolve other discovery issues. Thus, while the parties have been working to move discovery along, Plaintiffs have not yet been able to complete data analysis or take key depositions. Additional time is needed to allow the parties to complete class discovery, take depositions, and fully brief class certification. Despite their diligent efforts, the parties are unable to complete all of these tasks within the current case schedule.

7. As agreed in the prior stipulated motion, within two weeks of the Court's ruling on Plaintiffs' motion for class certification, the parties will submit a joint proposed case schedule for all remaining case deadlines, including mediation and trial.

8. The parties stipulate to the extended deadlines on class certification below and request the Court enter an order setting these deadlines:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' Motion for Class Certification and any supporting expert reports | 3/4/2022 | 5/6/2022 |
| Deadline for completion of expert discovery relating to class certification issues – Plaintiffs' expert(s) | 4/15/2022 | 6/17/2022 |
| Defendants' Response to Plaintiffs' Motion for Class Certification and any supporting expert reports | 5/20/2022 | 7/22/2022 |
| Deadline for completion of expert discovery relating to class certification issues – Defendants' expert(s) | 7/1/2022 | 9/2/2022 |

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE SCHEDULE DEADLINES - 3
Case No. 2:20-cv-01010-JCC

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Plaintiffs' Reply in Support of Motion for Class Certification | 7/22/2022 | 9/23/2022 |
|---|---|---|
| Joint Proposed Case Schedule Setting remaining case deadlines and Trial Date | Within 2 weeks of ruling on class certification | Within 2 weeks of ruling on class certification |

STIPULATED TO AND DATED this 17th day of February, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/Toby J. Marshall, WSBA #32726
　　Toby J. Marshall, WSBA #32726
　　Email: tmarshall@terrellmarshall.com
　　Blythe H. Chandler, WSBA #43387
　　Email: bchandler@terrellmarshall.com
　　936 North 34th Street, Suite 300
　　Seattle, Washington 98103
　　Telephone: (206) 816-6603
　　Facsimile: (206) 319-5450

　　Young-Ji Ham, WSBA #46421
　　Email: youngji@washinjurylaw.com
　　WASHINGTON INJURY LAWYERS PLLC
　　1700 7th Avenue, Suite 2100
　　Seattle, Washington 98101
　　Telephone: (425) 312-3057

*Attorneys for Plaintiffs*

SCHIFF HARDIN LLP

By: /s/ Paula M. Ketcham, *Pro Hac Vice*
　　Jay Williams, *Admitted Pro Hac Vice*
　　Email: jwilliams@schiffhardin.com
　　Paula M. Ketcham, *Admitted Pro Hac Vice*
　　Email: pketcham@schiffhardin.com
　　233 South Wacker Drive, Suite 7100
　　Chicago, IL 60606
　　Telephone: (312) 258-5629
　　Facsimile: (312) 258-5600

　　Michael A Moore, WSBA #27047
　　Email: mmoore@corrcronin.com
　　Victoria Ainsworth, WSBA #49677
　　Email: tainsworth@corrcronin.com
　　CORR CRONIN LLP
　　1001 4th Avenue, Suite 3900
　　Seattle, Washington 98154-1051
　　Telephone: (206) 625-8600
　　Facsimile: (206) 625-0900

*Attorneys for Defendants*

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE SCHEDULE DEADLINES - 4
Case No. 2:20-cv-01010-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED this 17th day of February 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND [PROPOSED] ORDER
EXTENDING CASE SCHEDULE DEADLINES - 5
Case No. 2:20-cv-01010-JCC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com