THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AGATA DROZDZ, an individual and TEAKRE VEST, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>USAA GENERAL INDEMNITY COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:20-cv-01010-JHC<br><br>**CLASS ACTION**<br><br>**STIPULATED MOTION AND ORDER EXTENDING CASE SCHEDULE DEADLINES**<br><br>**NOTED FOR CONSIDERATION:<br>APRIL 21, 2022** |

Plaintiffs Agata Drozdz and Teakre Vest and Defendants USAA General Indemnity Company, United Services Automobile Association and USAA Casualty Insurance Company jointly move this Court to amend the briefing and class expert discovery schedule on Plaintiffs' motion for class certification.

**I.    STIPULATION**

Pursuant to LCR 7(d)(1), LCR 10(g), and LCR 16(b)(6), the parties respectfully submit this stipulated motion to extend the briefing and class expert discovery schedule on class certification. In support of the motion, the parties state as follows:

1.     Plaintiffs filed this proposed class action in King County Superior Court on March 5, 2020. *See* Dkt. No. 1-2. Defendants removed the case to this Court on June 29, 2020. *See* Dkt. No. 1.

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE - 1 Case
No. 2:20-cv-01010-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

2. On November 10, 2021, the parties submitted a stipulated motion and proposed order asking the Court to set a briefing schedule on class certification and to continue all other case deadlines until after the Court rules on class certification. Dkt. No. 37. The Court granted that motion and set the briefing schedule proposed by the parties. Dkt. No. 38.

3. On February 16, 2022, the parties submitted a second stipulated motion and proposed order asking the Court to extend the briefing deadlines for class certification by approximately two months, due primarily to unanticipated delays in the production of critical data and documents. Dkt. No. 39. The parties worked cooperatively throughout the delay and were able to resolve other discovery issues while waiting for the data production. *Id.* The Court granted the motion, resulting in the current schedule for class certification briefing. Dkt. No. 40. Under the current schedule, Plaintiffs' motion for class certification is due on May 6, 2022. *Id.*

4. Following completion of the data production, the parties scheduled Rule 30(b)(6) depositions of both Defendants and a third party. Those depositions were scheduled to occur in early April 2022.

5. On March 30, 2022, counsel for Defendants informed Plaintiffs' counsel that in preparing Defendants' designee for the 30(b)(6) deposition, counsel learned of additional relevant documents and information that were both responsive to Plaintiffs' discovery requests and within the scope of documents Defendants had agreed and intended to produce, but that had not previously been identified.

6. Counsel for Defendants has been working to understand the scope of such additional documents and to come up with a timeline for their production. However, Defendants' counsel has not yet been able to provide Plaintiffs' counsel with an estimate of the volume and timing of production of these documents.

7. As a result, the parties agreed to continue the depositions scheduled for early April to allow production of the additional documents before the depositions of Defendants and the third party. Those depositions have not yet been rescheduled due to uncertainty regarding the volume and timing of the additional document production.

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE - 2 Case
No. 2:20-cv-01010-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

8. The parties agree that it is important for Plaintiffs to have all the additional documents that are responsive and that Defendants have agreed to produce before taking depositions and that the depositions need to happen before Plaintiffs move for class certification.

9. Given the uncertainties surrounding how quickly the parties can accomplish these necessary tasks, the parties jointly request the Court set a new deadline for Plaintiffs to file for class certification no later than September 9, 2022.

10. If the discovery issues are resolved sooner than anticipated and the depositions proceed in May or June 2022, Plaintiffs anticipate moving for class certification before September 9, 2022. Therefore, the parties request that the Court vacate the current class certification briefing and class expert discovery schedule and set a deadline for Plaintiffs to file for class certification of September 9, 2022. Within one week of Plaintiffs filing for class certification, the parties will submit a proposed schedule for class expert discovery (if any) and the remainder of class certification briefing.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' Motion for Class Certification and any supporting expert reports | 5/6/2022 | 9/9/2022 |
| Deadline for completion of expert discovery relating to class certification issues – Plaintiffs' expert(s) | 6/17/2022 | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification |
| Defendants' Response to Plaintiffs' Motion for Class Certification and any supporting expert reports | 7/22/2022 | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification |
| Deadline for completion of expert discovery relating to class certification issues – Defendants' expert(s) | 9/2/2022 | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification |

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE - 3 Case
No. 2:20-cv-01010-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Plaintiffs' Reply in Support of Motion for Class Certification | 9/23/2022 | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification |
| --- | --- | --- |
| Joint Proposed Case Schedule Setting remaining case deadlines and Trial Date | Within 2 weeks of ruling on class certification | Within 2 weeks of ruling on class certification |

STIPULATED TO AND DATED this 21st day of April, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
   Toby J. Marshall, WSBA #32726
   Email: tmarshall@terrellmarshall.com
   Blythe H. Chandler, WSBA #43387
   Email: bchandler@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Young-Ji Ham, WSBA #46421
   Email: youngji@washinjurylaw.com
   WASHINGTON INJURY LAWYERS PLLC
   1700 7th Avenue, Suite 2100
   Seattle, Washington 98101
   Telephone: (425) 312-3057

*Attorneys for Plaintiffs*

CORR CRONIN LLP

By: /s/ Paula M. Ketcham, *Pro Hac Vice*
   Jay Williams, *Admitted Pro Hac Vice*
   Email: jay.williams@afslaw.com
   Paula M. Ketcham, *Admitted Pro Hac Vice*
   Email: paula.ketcham@afslaw.com
   ARENTFOX SCHIFF LLP
   233 South Wacker Drive, Suite 7100
   Chicago, IL 60606
   Telephone: (312) 258-5629
   Facsimile: (312) 258-5600

   Michael A Moore, WSBA #27047
   Email: mmoore@corrcronin.com
   Victoria Ainsworth, WSBA #49677
   Email: tainsworth@corrcronin.com
   1001 4th Avenue, Suite 3900
   Seattle, Washington 98154-1051
   Telephone: (206) 625-8600
   Facsimile: (206) 625-0900

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER
EXTENDING CASE SCHEDULE - 4 Case
No. 2:20-cv-01010-JHC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

II.     ORDER

IT IS SO ORDERED.

DATED this 21st day of April, 2022.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER EXTENDING CASE SCHEDULE - 5 Case No. 2:20-cv-01010-JHC

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com