THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AGATA DROZDZ, an individual and TEAKRE VEST, an individual

Plaintiffs,

v.

USAA GENERAL INDEMNITY COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,

Defendants.

Case No. 2:20-cv-01010-JHC

**CLASS ACTION**

**STIPULATED MOTION AND ORDER EXTENDING CASE SCHEDULE DEADLINES**

**NOTED FOR CONSIDERATION: SEPTEMBER 6, 2022**

Plaintiffs Agata Drozdz and Teakre Vest and Defendants USAA General Indemnity Company, United Services Automobile Association and USAA Casualty Insurance Company jointly move this Court to amend the briefing schedule on Plaintiffs' motion for class certification.

**I.      STIPULATION**

Pursuant to LCR 7(d)(1), LCR 10(g), and LCR 16(b)(6), the parties respectfully submit this stipulated motion to extend the briefing and class expert discovery schedule on class certification. In support of the motion, the parties state as follows:

Plaintiffs filed this proposed class action in King County Superior Court on March 5, 2020. *See* Dkt. Nos. 1-2. Defendants removed the case to this Court on June 29, 2020. *See* Dkt. No. 1.

STIPULATEDMOTION AND ORDER EXTENDING
CASE SCHEDULE DEADLINES - 1
Case No. 2:20-cv-01010-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

On November 10, 2021, the parties submitted a stipulated motion and proposed order asking the Court to set a briefing schedule on class certification and to continue all other case deadlines until after the Court rules on class certification. Dkt. No. 37. The Court granted that motion and set the briefing schedule proposed by the parties. Dkt. No. 38.

On February 16, 2022, the parties submitted a second stipulated motion and proposed order asking the Court to extend the briefing deadlines for class certification by approximately two months, due primarily to unanticipated delays in the production of critical data and documents. Dkt. No. 39. The parties worked cooperatively throughout the delay and were able to resolve other discovery issues while waiting for the data production. *Id.* The Court granted the motion. Dkt. No. 40.

As the parties were preparing for the deposition of Defendants' corporate representative, Defendants discovered the existence of additional documents that were responsive to Plaintiffs' discovery requests, but had not previously been identified, reviewed, or produced. As a result, on April 21, 2022, the parties jointly submitted a third stipulated motion and proposed order asking the Court to extend the briefing deadline for Plaintiffs to file for class certification no later than September 9, 2022. Dkt. No. 43. The Court granted the motion. Dkt. No. 42.

Since then, Defendants have substantially completed their supplemental document productions, with their final production sent to Plaintiffs on August 19, 2022. However, the parties agree that Plaintiffs will be unable to schedule and complete depositions and move for class certification before the September 9, 2022, deadline. Due to scheduling constraints, the parties have rescheduled the Defendants' 30(b)(6) deposition for November 10, 2022, and Plaintiffs are working to reschedule a third-party deposition also for mid-November.

Therefore, the parties stipulate to the schedule on class certification below and request the Court enter an order setting these deadlines and continuing all other case deadlines until after resolution of the motion for class certification:

STIPULATEDMOTION AND ORDER EXTENDING
CASE SCHEDULE DEADLINES - 2
Case No. 2:20-cv-01010-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' Motion for Class Certification and any supporting expert reports | 9/9/2022 | 12/16/2022 |
| Deadline for completion of expert discovery relating to class certification issues – Plaintiffs' expert(s) | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification | 1/27/2023 |
| Defendants' Response to Plaintiffs' Motion for Class Certification and any supporting expert reports | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification | 3/3/2023 |
| Deadline for completion of expert discovery relating to class certification issues – Defendants' expert(s) | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification | 4/7/2023 |
| Plaintiffs' Reply in Support of Motion for Class Certification | Parties to submit joint proposed schedule within 1 week of filing of motion for class certification | 5/5/2023 |
| Joint Proposed Case Schedule Setting remaining case deadlines and Trial Date | Within 2 weeks of ruling on class certification | Within 2 weeks of ruling on class certification |

STIPULATED TO AND DATED this 6th day of September, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall
   Toby J. Marshall, WSBA #32726
   tmarshall@terrellmarshall.com
   Blythe H. Chandler, WSBA #43387
   bchandler@terrellmarshall.com
   936 North 34th Street, Suite 300

CORR CRONIN LLP

By: /s/Michael M. Moore
   Michael A Moore, WSBA #27047
   mmoore@corrcronin.com
   1001 4th Avenue, Suite 3900
   Seattle, Washington 98154-1051
   Telephone: (206) 625-8600

STIPULATEDMOTION AND ORDER EXTENDING
CASE SCHEDULE DEADLINES - 3
Case No. 2:20-cv-01010-JHC

| | | |
|---|---|---|
| 1 | Seattle, Washington 98103 | Facsimile: (206) 625-0900 |
| 2 | Telephone: (206) 816-6603 | |
|   | Facsimile: (206) 319-5450 | |
| 3 | | |
| 4 | WASHINGTON INJURY LAWYERS PLLC | ARENTFOX SCHIFF LLP |
| 5 | Young-Ji Ham, WSBA #46421 | Jay Williams, *Admitted Pro Hac Vice* |
|   | youngji@washinjurylaw.com | jay.williams@afslaw.com |
| 6 | 1700 7th Avenue, Suite 2100 | Paula M. Ketcham, *Admitted Pro Hac Vice* |
| 7 | Seattle, Washington 98101 | paula.ketcham@afslaw.com |
|   | Telephone: (425) 312-3057 | 233 South Wacker Drive, Suite 7100 |
| 8 | | Chicago, IL 60606 |
| 9 | | Telephone: (312) 258-5629 |
|   | | Facsimile: (312) 258-5600 |
| 10 | | |
| 11 | *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

II.   ORDER

IT IS SO ORDERED.

DATED this 6th day of September, 2022.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

STIPULATEDMOTION AND ORDER EXTENDING
CASE SCHEDULE DEADLINES - 4
Case No. 2:20-cv-01010-JHC