THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AGATA DROZDZ, an individual and TEAKRE VEST, an individual,<br><br>                Plaintiffs,<br><br>   v.<br><br>USAA GENERAL INDEMNITY COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION and USAA CASUALTY INSURANCE COMPANY,<br><br>                Defendants. | Case No. 2:20-cv-01010-JHC<br><br>**CLASS ACTION**<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL**<br><br>**NOTED FOR CONSIDERATION: MARCH 7, 2023** |

Plaintiffs Agata Drozdz and Teakre Vest and Defendants USAA General Indemnity Company, United Services Automobile Association, and USAA Casualty Insurance Company jointly move this Court to enter the attached Order of Dismissal, With Prejudice.

**I.    STIPULATION**

In support of the motion, the parties state as follows:

1. Plaintiffs filed this proposed class action in King County Superior Court on March 5, 2020. *See* Dkt. No. 1-2. Defendants removed the case to this Court on June 29, 2020. *See* Dkt. No. 1.

2. Over the past two and a half years, the parties have engaged in extensive discovery, including the production and review of thousands of pages of documents and millions of rows of data and the taking of several depositions.

STIPULATED MOTION AND ORDER OF DISMISSAL - 1
Case No. 2:20-cv-01010-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

3.      On February 1, 2023, the Court stayed this action for 30 days to give the parties additional time to assess the strengths and weaknesses of their claims and defenses and engage in settlement discussions.

4.      The parties have agreed to resolve this matter without further litigation.

5.      The parties jointly request that the claims of Plaintiffs Agata Drozdz and Teakre Vest be hereby dismissed, with prejudice, with each party to bear their own costs and fees.

6.      No motion for class certification has been filed; the Court has not entered any order on class certification; and as a result, no class has been certified in this action.

7.      Accordingly, no notice to the putative class is required under Rule 23(e), and this dismissal is without prejudice to the claims of the putative class members, other than Plaintiffs' claims.

STIPULATED TO AND DATED this 7th day of March, 2023.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
    Toby J. Marshall, WSBA #32726
    Email: tmarshall@terrellmarshall.com
    Blythe H. Chandler, WSBA #43387
    Email: bchandler@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Young-Ji Ham, WSBA #46421
    Email: youngji@washinjurylaw.com
    WASHINGTON INJURY LAWYERS PLLC
    1700 7th Avenue, Suite 2100
    Seattle, Washington 98101
    Telephone: (425) 312-3057

*Attorneys for Plaintiffs*

CORR CRONIN LLP

By: /s/ Jay Williams
    Jay Williams, *Admitted Pro Hac Vice*
    Email: jay.williams@afslaw.com
    Paula M. Ketcham, *Admitted Pro Hac Vice*
    Email: paula.ketcham@afslaw.com
    ARENTFOX SCHIFF LLP
    233 South Wacker Drive, Suite 7100
    Chicago, IL 60606
    Telephone: (312) 258-5629
    Facsimile: (312) 258-5600

    Michael A Moore, WSBA #27047
    Email: mmoore@corrcronin.com
    1001 4th Avenue, Suite 3900
    Seattle, Washington 98154-1051
    Telephone: (206) 625-8600
    Facsimile: (206) 625-0900

*Attorneys for Defendants*

STIPULATED MOTION AND ORDER OF DISMISSAL - 2
Case No. 2:20-cv-01010-JHC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

IT IS SO ORDERED.

DATED this 7th day of March, 2023.

*(signature: John H. Chun)*

THE HONORABLE JOHN H. CHUN
United States District Judge

STIPULATED MOTION AND ORDER OF DISMISSAL - 3
Case No. 2:20-cv-01010-JHC

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com